1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOSE IGNACIO SONORA,                          )        No. C 07-4769 RMW (PR)
                                              )
                    Petitioner,               )        ORDER OF TRANSFER
                                              )
     vs.                                      )
                                              )
TEHACHAPI WARDEN, et al.,                     )
                                              )
                    Respondents.              )
_____ )

    Petitioner, a state prisoner proceeding pro se, filed a complaint concerning the conditions of his confinement at the California Correctional Institution in Tehachapi, California, where he is currently incarcerated. Petitioner filed his complaint on the court's form for a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

    Because the acts complained of occurred in Kern County, which lies within the venue of the Eastern District of California, venue properly lies in the Eastern District. See 28 U.S.C. § 1391(b). Accordingly, this case is TRANSFERRED to the United States District Court for the Eastern District of California. See 28 U.S.C. § 1406(a). In view of the transfer, the court will not determine whether to construe the instant petition as a civil rights complaint pursuant to 42 U.S.C. § 1983. The clerk shall terminate any pending motions and transfer the entire file to the Eastern District of California.

    IT IS SO ORDERED.

DATED: 9/21/2007                    _Ronald M. Whyte_____
                                    RONALD M. WHYTE
                                    United States District Judge

1   This is to certify that on  9/24/2007                                    , a copy of this ruling
    was mailed to the following:

2

3   Jose Ignacio Sonora
    K-52840
4   California Correctional Institution
    P.O. Box 1031
5   Tehachapi, CA  93581

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order of Transfer
P:\pro-se\sj.rmw\hc.07\Sonora769trans                    2